United States District Court
Southern District of Texas
**ENTERED**
June 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SECURITY BENEFIT LIFE INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:24-cv-182 |
| | § | |
| ESTATE OF CAROL MAJOR, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have advised the court that they have reached a settlement. Minute Entry 06/11/2025. Accordingly, the court orders that all claims against the defendant in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Friday, August 15, 2025, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Friday, August 15, 2025.

Signed on Galveston Island this 13th day of June, 2025.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE